UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TAQUAN GULLETT,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES PROBATION AND PRETRIAL SERVICE, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-05395-JAK-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) and First Amended Complaint (Dkt. 5) and other filings (Dkt. 15-23, 26) filed by Taquan Gullett ("Plaintiff") as well as the Report and Recommendation issued by the Magistrate Judge on October 26, 2022 (Dkt. 25, "Report"). Plaintiff did not file any timely objections to the Report or seek additional time in which to do so.

　　　　Therefore, IT IS HEREBY ORDERED that:

　　　　1.　　The Complaint (Dkt. 1) and First Amended Complaint (Dkt. 5) are DISMISSED; and

/ / /

2. Judgment shall be entered dismissing this action with prejudice.

IT IS SO ORDERED.

Dated: November 16, 2022

                                                    _____
JOHN A. KRONSTADT
United States District Judge