JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TAQUAN GULLETT,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES PROBATION<br>AND PRETRIAL SERVICE, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-05395-JAK (JDE)<br><br>JUDGMENT |

　Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated:　November 16, 2022

　　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　　United States District Judge